# United States District Court
## Violation Notice

NP2516I256 (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M14 | 9509721 | Kepler | 1135 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/14/2025 1946
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.14 B
**Place of Offense:** Ok a beh Rd Hwy 313, Bighorn Canyon NRA
**Offense Description: Factual Basis for Charge:** Open container of alcohol
HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Zimmer
**First Name:** Jax
**MI:** A
**Street Address:** [redacted]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 910162A | MT | 16 | GMC | | Blue |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** James Battin Federal Courthouse, 2601 2nd Ave N., Billings, MT 59101 — 406-247-7000
**Date:** 9/16/2025
**Time:** 900 A

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signature]

Original - CVB Copy

*9509721*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 14, 20 25** while exercising my duties as a law enforcement officer in the **M14** District of **Montana**

(See attached documents)

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/14/2025**  Officer's Signature: [signature] Kepler

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident